**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6601**

———————

FERNANDO M. SMITH,

Plaintiff - Appellant,


versus

FEDERAL BUREAU OF PRISONS; KATHLEEN HAWK
SAWYER, Director; HARLEY LAPPIN, Regional
Director; R. D. GLANCY, Regional Office;
HARRELL WATTS, National Appeals; GENERAL
COUNSEL FOR FEDERAL BUREAU OF PRISONS; BOBBY
SHEARIN, Warden; B. G. COMPTON, Warden; MR.
BOGDAN, Associate Warden; MRS. BRIGHT, Systems
Manager; MR. MCGORTY, Food Service
Administrator; MR. SERVOSS, Assistant Food
Service Administrator; MR. MOST, Assistant
Food Service Administrator; MR. GOLUB, Case
Manager; MS. GEYER, Case Manager; OFFICER
GAMBREL, Mailroom; OFFICER LIVENGOOD, Food
Service; OFFICER SHIFFER, Food Service;
OFFICER BITTINGER, Food Service,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-04-2021-8-AW)

———————

Submitted: October 3, 2005      Decided: November 17, 2005

———————

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fernando M. Smith, Appellant Pro Se.  Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fernando M. Smith appeals the district court's order denying relief on his <u>Bivens</u>[*] complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Smith v. Federal Bureau of Prisons</u>, No. CA-04-2021-8-AW (D. Md. Feb. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).